**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

**U.S. NUTRACEUTICALS LLC,**

    **Plaintiff,**

**v.**                                                 **Case No: 5:14-cv-137-Oc-10PRL**

**SANDRA L. LA HAYE**

    **Defendant.**

---

**ORDER**

This case is before the Court for consideration of Plaintiff's Motion for Extension of Time to effect service on Defendant through August 4, 2014.  (Doc. 6).  Plaintiff states that, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff has until Thursday, July 3, 2014 to serve the Complaint on Defendant.   Plaintiff recites that, since filing this action on March 7, 2014, Plaintiff has been engaged with ongoing settlement discussions with Defendant's counsel. Plaintiff further recites that Defendant's counsel refuses to provide an address at which Defendant can be served, and refused to accept service on behalf of Defendant.  Thus, Plaintiff requests additional time to locate the proper address at which Defendant can be served, and to effect service upon Defendant.

Accordingly, upon due consideration, and for good cause shown pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff's Motion for Extension of Time (Doc. 6) is **GRANTED**, and Plaintiff shall have until August 4, 2014 within which to serve Defendant.

**DONE** and **ORDERED** in Ocala, Florida on July 2, 2014.

- 2 -

*[Signature]*
PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties